Tomeko **MALONE**, Plaintiff–Appellant,

v.

**C/O PETERSON**, Defendant–Appellee.

No. 08–17451.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 12, 2010.

Tomeko Malone, Norco, CA, pro se.

Phillip Arthur, Esquire, Office of the California Attorney General, Sacramento, CA, for Defendant–Appellee.

Before: GOODWIN, WALLACE and CLIFTON, Circuit Judges.

## MEMORANDUM **

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

Tomeko Malone, a California state prisoner, appeals pro se from the district court's summary judgment for defendants in his 42 U.S.C. § 1983 action alleging that a prison official used excessive force against him when removing him from his prison cell. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo an order granting summary judgment, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment on the Eighth Amendment claim because Malone failed to raise a triable issue as to whether Peterson's use of physical force was more than *de minimis*, and whether the force was used maliciously and sadistically to cause harm. *See Hudson v. McMillian*, 503 U.S. 1, 9–10, 112 S.Ct. 995, 117 L.Ed.2d 156 (1992).

**AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.